# United States Court of Appeals
## For the First Circuit

No. 13-9009

IN RE: LOUIS B. BULLARD,

Debtor.

LOUIS B. BULLARD,

Appellant,

v.

HYDE PARK SAVINGS BANK,

Appellee.

CAROLYN A. BANKOWSKI,

Trustee.

**ERRATA SHEET**

The opinion of this Court issued on May 14, 2014 is amended as follows:

On page 2, line 10, replace "principle" with "principal"